UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEITH M. RAGANS

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO: 8:10-cv-828-T-23TBM

S.L. SMITH,

    Defendant,
_____/

**ORDER**

Pursuant to Local Rule 6.01(c)(18), the plaintiff's motion to proceed in forma pauperis (Doc. 3) was referred to the United States Magistrate Judge. On July 14, 2010, the Magistrate Judge issued a report (Doc. 5) recommending dismissal of this case, sua sponte, for lack of subject matter jurisdiction. The plaintiff objects (Doc. 6) to the magistrate's report.

The plaintiff alleges that the defendant unlawfully fails to respond to the plaintiff's request for veteran's benefits. A de novo review of the complaint confirms the absence of subject matter jurisdiction. See Hall v. U.S. Dep't of Veterans' Affairs, 85 F.3d 532, 534 (11th Cir. 1996). Accordingly, the plaintiff's objection (Doc. 6) is **OVERRULED**, and the Magistrate Judge's report (Doc. 5) is **ADOPTED**. The plaintiff's motion (Doc. 3) to proceed in forma pauperis is **DENIED**. Pursuant to 28 U.S.C. § 1915, the complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction. The Clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 30, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE